EXHIBIT
A

**From:** Lisa Vinson <lisa@turnkeysettlements.com>
**Date:** Wednesday, November 2, 2022 at 9:59 AM
**To:** Morgane Barry <morgane@legacyfortitle.com>
**Subject:** RE: Concerning 333 8th st NE transaction

Yes of course, please see attached.

Thank You,
**Lisa Vinson**




**TurnKey Title, LLC**
1641 State Route 3 N, Suite 202, Crofton, MD 21114
Tel: 410-721-6269 | Cell: 443-635-5653
lisa@turnkeysettlements.com
www.TurnKeySettlements.com

**WARNING – FRAUDULENT FUNDING INSTRUCTIONS**
**Email hacking and fraud are on the rise to fraudulently misdirect funds. Please call your escrow officer immediately using contact information found from an independent source, such as the sales contract or internet, to verify any funding instructions received. We are not responsible for any wires sent by you to an incorrect bank account.**

---

**From:** Morgane Barry <morgane@legacyfortitle.com>
**Sent:** Wednesday, November 2, 2022 9:49 AM
**To:** Lisa Vinson <lisa@turnkeysettlements.com>
**Subject:** Re: Concerning 333 8th st NE transaction

Is there a way you can send that as a PDF?

**Morgane Barry**
**Licensed Title Agent, Legacy Settlement Services**
**University of Baltimore Law '26**
**MD DC VA FL PA**

(C) 919-441-1848| (E) morgane@legacyfortitle.com

www.legacyfortitle.com

2936 O'Donnell Street Baltimore, MD 21224 | (Fax) 410 801-6543
8659 National Pike, Suite P Ellicott City, MD 21043
1910 Towne Centre Blvd Suite 250 Annapolis MD 21401
2000 Pennsylvania Ave NW, Washington, DC 20006
7315 Wisconsin Ave #400W Bethesda, MD 20814
201 N. Union St. Suite 110 Alexandria, VA 22314
1549 Ringling Blvd, suite 510 Sarasota, FL 34236
2054 Vista Pkwy, suite 400 West Palm Beach, FL 33411
facebook.com/mrk7890
Instagram.com/mrklarei

**FRAUD ALERT!We will NEVER change our wire instructions via email. Do NOT send funds by wire if you receive an email requesting a change. Always verify our instructions by telephone if you have any doubts.**

***Attention Buyers and Borrowers***

**Recent changes to government regulations covering the financial industry as well as underwriting guidelines now instruct title companies to require all funds received from buyers in purchase transactions and borrowers in refinance transactions to submit funds by electronic bank wire. Thus, we are forbidden and no longer able to accept checks prior to, or at closing for amounts exceeding $500.00. We appreciate your cooperation and adherence to these new industry guidelines. Please be sure to wire funds using our wiring instructions provided to you.**

FRAUD ALERT: Email hacking and fraud are on the rise to fraudulently misdirect funds. If you receive an email, or any other communication that appears to be generated by our office, containing new, revised, or altered bank wire instructions, consider it suspect and call our office at a number you trust to verify the information. Our bank wire instructions seldom change. It is a priority for us to assist in protecting EVERYONE involved in the transaction from fraudulent activity.

The information contained in this e-mail message may be ATTORNEY PRIVILEGED, CONFIDENTIAL and strictly PRIVATE INFORMATION intended ONLY for the use of the individual or entity named herein. If you are not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone at 919-441-1848.

---

**From:** Lisa Vinson <lisa@turnkeysettlements.com>
**Sent:** Wednesday, November 2, 2022 9:45:14 AM

**To:** Morgane Barry <morgane@legacyfortitle.com>
**Subject:** RE: Concerning 333 8th st NE transaction

Please see attached It was send out on 10/27 at 4:43pm

Thank You,
**Lisa Vinson**




**TurnKey Title, LLC**
1641 State Route 3 N, Suite 202, Crofton, MD 21114
Tel: 410-721-6269 | Cell: 443-635-5653
lisa@turnkeysettlements.com
www.TurnKeySettlements.com

**WARNING – FRAUDULENT FUNDING INSTRUCTIONS**
**Email hacking and fraud are on the rise to fraudulently misdirect funds. Please call your escrow officer immediately using contact information found from an independent source, such as the sales contract or internet, to verify any funding instructions received. We are not responsible for any wires sent by you to an incorrect bank account.**

---

**From:** Morgane Barry <morgane@legacyfortitle.com>
**Sent:** Wednesday, November 2, 2022 9:43 AM
**To:** Lisa Vinson <lisa@turnkeysettlements.com>
**Subject:** Re: Concerning 333 8th st NE transaction

I got your encrypted message but the seller did reach out to us this morning saying he hasn't received his proceeds can you please forward me the wire confirmation? Thanks :-)

**Morgane Barry**
**Licensed Title Agent, Legacy Settlement Services**
**University of Baltimore Law '26**
**MD DC VA FL PA**

(C) 919-441-1848| (E) morgane@legacyfortitle.com

www.legacyfortitle.com

2936 O'Donnell Street Baltimore, MD 21224 | (Fax) 410 801-6543
8659 National Pike, Suite P Ellicott City, MD 21043
1910 Towne Centre Blvd Suite 250 Annapolis MD 21401
2000 Pennsylvania Ave NW, Washington, DC 20006
7315 Wisconsin Ave #400W Bethesda, MD 20814
201 N. Union St. Suite 110 Alexandria, VA 22314
1549 Ringling Blvd, suite 510 Sarasota, FL 34236
2054 Vista Pkwy, suite 400 West Palm Beach, FL 33411

> facebook.com/mrk7890
> Instagram.com/mrklarei

**<u>FRAUD ALERT!</u>We will NEVER change our wire instructions via email. Do NOT send funds by wire if you receive an email requesting a change. Always verify our instructions by telephone if you have any doubts.**

***Attention Buyers and Borrowers***
**Recent changes to government regulations covering the financial industry as well as underwriting guidelines now instruct title companies to require all funds received from buyers in purchase transactions and borrowers in refinance transactions to submit funds by electronic bank wire. Thus, we are forbidden and no longer able to accept checks prior to, or at closing for amounts exceeding $500.00. We appreciate your cooperation and adherence to these new industry guidelines. Please be sure to wire funds using our wiring instructions provided to you.**

FRAUD ALERT: Email hacking and fraud are on the rise to fraudulently misdirect funds. If you receive an email, or any other communication that appears to be generated by our office, containing new, revised, or altered bank wire instructions, consider it suspect and call our office at a number you trust to verify the information. Our bank wire instructions seldom change. It is a priority for us to assist in protecting EVERYONE involved in the transaction from fraudulent activity.

The information contained in this e-mail message may be ATTORNEY PRIVILEGED, CONFIDENTIAL and strictly PRIVATE INFORMATION intended ONLY for the use of the individual or entity named herein. If you are not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone at 919-441-1848.

---

**From:** Lisa Vinson <lisa@turnkeysettlements.com>
**Sent:** Wednesday, November 2, 2022 9:22:10 AM
**To:** Morgane Barry <morgane@legacyfortitle.com>
**Subject:** RE: Concerning 333 8th st NE transaction

I sent an encrypted email with the seller docs and cced you

Thank You,
**Lisa Vinson**



**TurnKey Title, LLC**
1641 State Route 3 N, Suite 202, Crofton, MD 21114
Tel: 410-721-6269 | Cell: 443-635-5653
lisa@turnkeysettlements.com
www.TurnKeySettlements.com

**WARNING – FRAUDULENT FUNDING INSTRUCTIONS**
**Email hacking and fraud are on the rise to fraudulently misdirect funds. Please call your escrow officer immediately using contact information found from an independent source, such as the sales contract or internet, to verify any funding instructions received. We are not responsible for any wires sent by you to an incorrect bank account.**

---

**From:** Morgane Barry <morgane@legacyfortitle.com>
**Sent:** Tuesday, November 1, 2022 4:34 PM
**To:** Lisa Vinson <lisa@turnkeysettlements.com>; Catherine Arnaud-Charbonneau <catherine.charbonneau@compass.com>
**Cc:** Tammy Economes <tammy@turnkeysettlements.com>; Inez Su <Inez@legacyfortitle.com>
**Subject:** Re: Concerning 333 8th st NE transaction

What about all the signed seller docs? Not just the HUD.

Thanks!

LEGACY
SETTLEMENT SERVICES



**Morgane Barry**
**Licensed Title Agent, Legacy Settlement Services**
**University of Baltimore Law '26**
**MD DC VA FL PA**

(C) 919-441-1848| (E) morgane@legacyfortitle.com
www.legacyfortitle.com
2936 O'Donnell Street Baltimore, MD 21224 | (Fax) 410 801-6543
8659 National Pike, Suite P Ellicott City, MD 21043
1910 Towne Centre Blvd Suite 250 Annapolis MD 21401
2000 Pennsylvania Ave NW, Washington, DC 20006
7315 Wisconsin Ave #400W Bethesda, MD 20814
201 N. Union St. Suite 110 Alexandria, VA 22314
1549 Ringling Blvd, suite 510 Sarasota, FL 34236
2054 Vista Pkwy, suite 400 West Palm Beach, FL 33411
facebook.com/mrk7890
Instagram.com/mrklarei

**FRAUD ALERT!** **We will NEVER change our wire instructions via email. Do NOT send funds by wire if you receive an email requesting a change. Always verify our instructions by telephone if you have any doubts.**

## *Attention Buyers and Borrowers*

**Recent changes to government regulations covering the financial industry as well as underwriting guidelines now instruct title companies to require all funds received from buyers in purchase transactions and borrowers in refinance transactions to submit funds by electronic bank wire. Thus, we are forbidden and no longer able to accept checks prior to, or at closing for amounts exceeding**

**$500.00. We appreciate your cooperation and adherence to these new industry guidelines. Please be sure to wire funds using our wiring instructions provided to you.**

FRAUD ALERT: Email hacking and fraud are on the rise to fraudulently misdirect funds. If you receive an email, or any other communication that appears to be generated by our office, containing new, revised, or altered bank wire instructions, consider it suspect and call our office at a number you trust to verify the information. Our bank wire instructions seldom change. It is a priority for us to assist in protecting EVERYONE involved in the transaction from fraudulent activity.

The information contained in this e-mail message may be ATTORNEY PRIVILEGED, CONFIDENTIAL and strictly PRIVATE INFORMATION intended ONLY for the use of the individual or entity named herein. If you are not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone at 919-441-1848.

---

**From:** Lisa Vinson <lisa@turnkeysettlements.com>
**Date:** Tuesday, November 1, 2022 at 4:33 PM
**To:** Catherine Arnaud-Charbonneau <catherine.charbonneau@compass.com>
**Cc:** Tammy Economes <tammy@turnkeysettlements.com>, Morgane Barry <morgane@legacyfortitle.com>, Inez Su <Inez@legacyfortitle.com>
**Subject:** RE: Concerning 333 8th st NE transaction

Please see attached :)

Thank You,
**Lisa Vinson**




**TurnKey Title, LLC**
1641 State Route 3 N, Suite 202, Crofton, MD 21114
Tel: 410-721-6269 | Cell: 443-635-5653
lisa@turnkeysettlements.com
www.TurnKeySettlements.com

**WARNING – FRAUDULENT FUNDING INSTRUCTIONS**
**Email hacking and fraud are on the rise to fraudulently misdirect funds. Please call your escrow officer immediately using contact information found from an independent source, such as the sales contract or internet, to verify any funding instructions received. We are not responsible for any wires sent by you to an incorrect bank account.**

---

**From:** Catherine Arnaud-Charbonneau <catherine.charbonneau@compass.com>
**Sent:** Tuesday, November 1, 2022 4:11 PM
**To:** Lisa Vinson <lisa@turnkeysettlements.com>
**Cc:** Tammy Economes <tammy@turnkeysettlements.com>; Morgane Barry <morgane@legacyfortitle.com>; Inez Su <inez@legacyfortitle.com>

**Subject:** Re: Concerning 333 8th st NE transaction

Hi Lisa,

Could you send us the signed ALTA and other closing documents from last week's transaction for 333 8th St NE, Washington DC?

Thank you so much!

On Tue, Nov 1, 2022 at 3:57 PM Inez Su <Inez@legacyfortitle.com> wrote:

> Hey Tammy,
>
> We still have not received the copies yet, could you please send as soon as available? Thank you!
>
> **Inez Su**
> **Sr. Processor , Legacy Settlement Services**
>
> (D) 410-874-4543
> (O) 410 618-1271 Ext: 215
> (Fax) (410) 801-9154
> (E) inez@legacyfortitle.com
> www.legacyfortitle.com
> 2936 O'Donnell Street Baltimore, MD 21224
> 8659 Baltimore National Pike, Suite P Ellicott City, MD 21043
>
> **FRAUD ALERT! We will NEVER change our wire instructions via email.**
> **Do NOT send funds by wire if you receive an email requesting a change.**
> **Always verify our instructions by telephone if you have any doubts.**
>
> ***Attention Buyers and Borrowers***
>
> **Recent changes to government regulations covering the financial industry as well as underwriting guidelines now instruct title companies to require all funds received from buyers in purchase transactions and borrowers in refinance transactions to submit funds by electronic bank wire. Thus, we are forbidden and no longer able to accept checks prior to, or at closing for amounts exceeding $1,000.00. We appreciate your cooperation and adherence to these new industry guidelines. Please be sure to wire funds using our wiring instructions provided to you.**
>
> FRAUD ALERT: Email hacking and fraud are on the rise to fraudulently misdirect funds. If you receive an email, or any other communication that appears to be generated by our office, containing new, revised, or altered bank wire instructions, consider it suspect and call our office at a number you trust to verify the information. Our bank wire instructions seldom change. It is a priority for us to assist in protecting EVERYONE involved in the transaction from fraudulent activity.
>
> The information contained in this e-mail message may be ATTORNEY PRIVILEGED, CONFIDENTIAL and strictly PRIVATE INFORMATION intended ONLY for the use of the individual or entity named herein. If you are not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone at 410.618.1271
>
> ---
>
> **From:** Catherine Arnaud-Charbonneau <catherine.charbonneau@compass.com>
> **Sent:** Tuesday, November 1, 2022 2:38 PM

**To:** Morgane Barry <morgane@legacyfortitle.com>
**Cc:** Tammy Economes <tammy@turnkeysettlements.com>; Inez Su <Inez@legacyfortitle.com>
**Subject:** Re: Concerning 333 8th st NE transaction

Good afternoon,

Do you have the closing documents?

On Mon, Oct 31, 2022 at 8:20 PM Morgane Barry <morgane@legacyfortitle.com> wrote:

> Any update on the docs?



**Morgane Barry**
**Licensed Title Agent, Legacy Settlement Services**
**University of Baltimore Law '26**
**MD DC VA FL PA**

(C) 919-441-1848 | (E) morgane@legacyfortitle.com
www.legacyfortitle.com
2936 O'Donnell Street Baltimore, MD 21224 | (Fax) 410 801-6543
8659 National Pike, Suite P Ellicott City, MD 21043
1910 Towne Centre Blvd Suite 250 Annapolis MD 21401
2000 Pennsylvania Ave NW, Washington, DC 20006
7315 Wisconsin Ave #400W Bethesda, MD 20814
201 N. Union St. Suite 110 Alexandria, VA 22314
1549 Ringling Blvd, suite 510 Sarasota, FL 34236
2054 Vista Pkwy, suite 400 West Palm Beach, FL 33411
facebook.com/mrk7890
Instagram.com/mrklarei

**FRAUD ALERT! We will NEVER change our wire instructions via email. Do NOT send funds by wire if you receive an email requesting a change. Always verify our instructions by telephone if you have any doubts.**

## *Attention Buyers and Borrowers*

**Recent changes to government regulations covering the financial industry as well as underwriting guidelines now instruct title companies to require all funds received from buyers in purchase transactions and borrowers in refinance transactions to submit funds by electronic bank wire. Thus, we are forbidden and no longer able to accept checks prior to, or at closing for amounts exceeding $500.00. We appreciate your cooperation and adherence to these new industry guidelines. Please be sure to wire funds using our wiring instructions provided to you.**

FRAUD ALERT: Email hacking and fraud are on the rise to fraudulently misdirect funds. If you receive an email, or any other communication that appears to be generated by our office, containing new, revised, or altered bank wire instructions, consider it suspect and call our office at a number you trust to verify the information. Our bank wire instructions seldom change. It is a priority for us to assist in protecting EVERYONE involved in the transaction from fraudulent activity.

The information contained in this e-mail message may be ATTORNEY PRIVILEGED, CONFIDENTIAL and strictly PRIVATE INFORMATION intended ONLY for the use of the individual or entity named herein. If you are not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination,

distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone at 919-441-1848.

---

**From:** Morgane Barry <morgane@legacyfortitle.com>
**Date:** Monday, October 31, 2022 at 9:07 AM
**To:** Tammy Economes <tammy@turnkeysettlements.com>, Inez Su <Inez@legacyfortitle.com>
**Cc:** Catherine Arnaud-Charbonneau <catherine.charbonneau@compass.com>
**Subject:** Re: Concerning 333 8th st NE transaction

Thanks!

LEGACY
SETTLEMENT SERVICES



**Morgane Barry**
**Licensed Title Agent, Legacy Settlement Services**
**University of Baltimore Law '26**
**MD DC VA FL PA**

(C) 919-441-1848| (E) morgane@legacyfortitle.com
www.legacyfortitle.com
2936 O'Donnell Street Baltimore, MD 21224 | (Fax) 410 801-6543
8659 National Pike, Suite P Ellicott City, MD 21043
1910 Towne Centre Blvd Suite 250 Annapolis MD 21401
2000 Pennsylvania Ave NW, Washington, DC 20006
7315 Wisconsin Ave #400W Bethesda, MD 20814
201 N. Union St. Suite 110 Alexandria, VA 22314
1549 Ringling Blvd, suite 510 Sarasota, FL 34236
2054 Vista Pkwy, suite 400 West Palm Beach, FL 33411
facebook.com/mrk7890
Instagram.com/mrklarei

**FRAUD ALERT!We will NEVER change our wire instructions via email. Do NOT send funds by wire if you receive an email requesting a change. Always verify our instructions by telephone if you have any doubts.**

## *Attention Buyers and Borrowers*

**Recent changes to government regulations covering the financial industry as well as underwriting guidelines now instruct title companies to require all funds received from buyers in purchase transactions and borrowers in refinance transactions to submit funds by electronic bank wire. Thus, we are forbidden and no longer able to accept checks prior to, or at closing for amounts exceeding $500.00. We appreciate your cooperation and adherence to these new industry guidelines. Please be sure to wire funds using our wiring instructions provided to you.**

FRAUD ALERT: Email hacking and fraud are on the rise to fraudulently misdirect funds. If you receive an email, or any other communication that appears to be generated by our office, containing new, revised, or altered bank wire instructions, consider it suspect and call our office at a number you trust to verify the information. Our bank wire instructions seldom change. It is a priority for us to assist in

protecting EVERYONE involved in the transaction from fraudulent activity.

The information contained in this e-mail message may be ATTORNEY PRIVILEGED, CONFIDENTIAL and strictly PRIVATE INFORMATION intended ONLY for the use of the individual or entity named herein. If you are not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone at 919-441-1848.

---

**From:** Tammy Economes <tammy@turnkeysettlements.com>
**Date:** Monday, October 31, 2022 at 9:06 AM
**To:** Morgane Barry <morgane@legacyfortitle.com>, Inez Su <Inez@legacyfortitle.com>
**Cc:** Catherine Arnaud-Charbonneau <catherine.charbonneau@compass.com>
**Subject:** Re: Concerning 333 8th st NE transaction

Awaiting them from the post closing department. you will get them today as well

Thank you,

Tammy Economes




We now accept EMD Deposits using your mobile phone via BANK SHOT. Give It A Shot! Use Company Code 6861033

App Store Google Play

**PLEASE NOTE: IN ORDER FOR SAME DAY FUNDING FOR A SETTLEMENT, WE REQUIRE THAT THE BUYER'S FUNDS BE WIRED PRIOR TO CLOSING.**

1641 State Route 3 N, Suite 202, Crofton, MD 21114

Tel: 410-721-6269 | Fax: 443-558-7750

Tammy@turnkeysettlements.com

www.TurnKeySettlements.com

**WARNING – FRAUDULENT FUNDING INSTRUCTIONS**

**Email hacking and fraud are on the rise to fraudulently misdirect funds. Please call your escrow officer immediately using contact information found from an independent source, such as the sales contract or internet, to verify any funding instructions received. We are not responsible for any wires sent by you to an incorrect bank account.**

---

**From:** Morgane Barry <morgane@legacyfortitle.com>
**Sent:** Monday, October 31, 2022 8:58 AM
**To:** Tammy Economes <tammy@turnkeysettlements.com>; Inez Su <Inez@legacyfortitle.com>
**Cc:** Catherine Arnaud-Charbonneau <catherine.charbonneau@compass.com>
**Subject:** Re: Concerning 333 8th st NE transaction

And the signed documents?



**Morgane Barry**
**Licensed Title Agent, Legacy Settlement Services**

**University of Baltimore Law '26**

**MD DC VA FL PA**

(C) 919-441-1848| (E) morgane@legacyfortitle.com
www.legacyfortitle.com
2936 O'Donnell Street Baltimore, MD 21224 | (Fax) 410 801-6543

8659 National Pike, Suite P Ellicott City, MD 21043

1910 Towne Centre Blvd Suite 250 Annapolis MD 21401

2000 Pennsylvania Ave NW, Washington, DC 20006

7315 Wisconsin Ave #400W Bethesda, MD 20814

201 N. Union St. Suite 110 Alexandria, VA 22314

1549 Ringling Blvd, suite 510 Sarasota, FL 34236

2054 Vista Pkwy, suite 400 West Palm Beach, FL 33411

facebook.com/mrk7890

Instagram.com/mrklarei

**FRAUD ALERT!We will NEVER change our wire instructions via email. Do NOT send funds by wire if you receive an email requesting a change. Always verify our instructions by telephone if you have any doubts.**

## *Attention Buyers and Borrowers*

**Recent changes to government regulations covering the financial industry as well as underwriting guidelines now instruct title companies to require all funds received from buyers in purchase transactions and borrowers in refinance transactions to submit funds by electronic bank wire. Thus, we are forbidden and no longer able to accept checks prior to, or at closing for amounts exceeding $500.00. We appreciate your cooperation and adherence to these new industry guidelines. Please be sure to wire funds using our wiring instructions provided to you.**

FRAUD ALERT: Email hacking and fraud are on the rise to fraudulently misdirect funds. If you receive an email, or any other communication that appears to be generated by our office, containing new, revised, or altered bank wire instructions, consider it suspect and call our office at a number you trust to verify the information. Our bank wire instructions seldom change. It is a priority for us to assist in protecting EVERYONE involved in the transaction from fraudulent activity.

The information contained in this e-mail message may be ATTORNEY PRIVILEGED, CONFIDENTIAL and strictly PRIVATE INFORMATION intended ONLY for the use of the individual or entity named herein. If you are not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone at 919-441-1848.

---

**From:** Tammy Economes <tammy@turnkeysettlements.com>
**Date:** Monday, October 31, 2022 at 8:55 AM
**To:** Morgane Barry <morgane@legacyfortitle.com>, Inez Su <Inez@legacyfortitle.com>

**Cc:** Catherine Arnaud-Charbonneau <catherine.charbonneau@compass.com>
**Subject:** Re: Concerning 333 8th st NE transaction

The seller's payoff and proceeds have been sent this morning. This will usually be received by his bank before the end of the day. Please notify me once he has got it. I apologize for the delay once again.

Thank you,

**Tammy Economes**




We now accept EMD Deposits using your mobile phone via BANK SHOT. Give It A Shot! Use Company Code 6861033

App Store    Google Play

**PLEASE NOTE: IN ORDER FOR SAME DAY FUNDING FOR A SETTLEMENT, WE REQUIRE THAT THE BUYER'S FUNDS BE WIRED PRIOR TO CLOSING.**

TurnKey Title, LLC

1641 State Route 3 N, Suite 202, Crofton, MD 21114

Tel: 410-721-6269 | Fax: 443-558-7750

Tammy@turnkeysettlements.com

www.TurnKeySettlements.com

**WARNING – FRAUDULENT FUNDING INSTRUCTIONS**

**Email hacking and fraud are on the rise to fraudulently misdirect funds. Please call your escrow officer immediately using contact information found from an independent source, such as the sales contract or internet, to verify any funding instructions received. We are not responsible for any wires sent by you to an incorrect bank account.**

---

**From:** Morgane Barry <morgane@legacyfortitle.com>
**Sent:** Friday, October 28, 2022 9:34 AM
**To:** Tammy Economes <tammy@turnkeysettlements.com>; Inez Su <Inez@legacyfortitle.com>
**Cc:** Catherine Arnaud-Charbonneau <catherine.charbonneau@compass.com>
**Subject:** Re: Concerning 333 8th st NE transaction

Thank you for the update :-)

**Morgane Barry**
**Licensed Title Agent, Legacy Settlement Services**

**University of Baltimore Law '26**

**MD DC VA FL PA**

(C) 919-441-1848| (E) morgane@legacyfortitle.com

www.legacyfortitle.com

2936 O'Donnell Street Baltimore, MD 21224 | (Fax) 410 801-6543

8659 National Pike, Suite P Ellicott City, MD 21043

1910 Towne Centre Blvd Suite 250 Annapolis MD 21401

2000 Pennsylvania Ave NW, Washington, DC 20006

7315 Wisconsin Ave #400W Bethesda, MD 20814

201 N. Union St. Suite 110 Alexandria, VA 22314

1549 Ringling Blvd, suite 510 Sarasota, FL 34236

2054 Vista Pkwy, suite 400 West Palm Beach, FL 33411

facebook.com/mrk7890

Instagram.com/mrklarei

**FRAUD ALERT!We will NEVER change our wire instructions via email. Do NOT send funds by wire if you receive an email requesting a change. Always verify our instructions by telephone if you have any doubts.**

***Attention Buyers and Borrowers***

**Recent changes to government regulations covering the financial industry as well as underwriting guidelines now instruct title companies to require all funds received from buyers in purchase transactions and borrowers in refinance transactions to submit funds by electronic bank wire. Thus, we are forbidden and no longer able to accept checks prior to, or at closing for amounts exceeding $500.00. We appreciate your cooperation and adherence to these new industry guidelines. Please be sure to wire funds using our wiring instructions provided to you.**

FRAUD ALERT: Email hacking and fraud are on the rise to fraudulently misdirect funds. If you receive an email, or any other communication that appears to be generated by our office, containing new, revised, or altered bank wire instructions, consider it suspect and call our office at a number you trust to verify the information. Our bank wire instructions seldom change. It is a priority for us to assist in protecting EVERYONE involved in the transaction from fraudulent activity.

The information contained in this e-mail message may be ATTORNEY PRIVILEGED, CONFIDENTIAL and strictly PRIVATE INFORMATION intended ONLY for the use of the individual or entity named herein. If you are not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone at 919-441-1848.

---

**From:** Tammy Economes <tammy@turnkeysettlements.com>
**Sent:** Friday, October 28, 2022 8:23:44 AM

**To:** Morgane Barry <morgane@legacyfortitle.com>; Inez Su <Inez@legacyfortitle.com>
**Cc:** Catherine Arnaud-Charbonneau <catherine.charbonneau@compass.com>
**Subject:** Re: Concerning 333 8th st NE transaction

Good morning,

There was a delay in disbursement of closing funds from the lender. The fully executed documents will be sent to you today, and the seller should receive the proceeds before today's business day closes.

Thank you,

**Tammy Economes**




We now accept EMD Deposits using your mobile phone via BANK SHOT. Give It A Shot! Use Company Code 6861033

App Store Google Play

**PLEASE NOTE: IN ORDER FOR SAME DAY FUNDING FOR A SETTLEMENT, WE REQUIRE THAT THE BUYER'S FUNDS BE WIRED PRIOR TO CLOSING.**

TurnKey Title, LLC

1641 State Route 3 N, Suite 202, Crofton, MD 21114

Tel: 410-721-6269 | Fax: 443-558-7750

Tammy@turnkeysettlements.com

www.TurnKeySettlements.com

**WARNING – FRAUDULENT FUNDING INSTRUCTIONS**

**Email hacking and fraud are on the rise to fraudulently misdirect funds. Please call your escrow officer immediately using contact information found from an independent source, such as the sales contract or internet, to verify any funding instructions received. We are not responsible for any wires sent by you to an incorrect bank account.**

---

**From:** Morgane Barry <morgane@legacyfortitle.com>
**Sent:** Thursday, October 27, 2022 12:43 PM
**To:** Tammy Economes <tammy@turnkeysettlements.com>; Inez Su <Inez@legacyfortitle.com>
**Cc:** Catherine Arnaud-Charbonneau <catherine.charbonneau@compass.com>
**Subject:** Re: Concerning 333 8th st NE transaction

Here are his wiring instructions

Please send over the signed seller docs when scanned and the signed combined HUD when executed.

Thanks!

Best,

LEGACY SETTLEMENT SERVICES

**Morgane Barry**
**Licensed Title Agent, Legacy Settlement Services**



**University of Baltimore Law '26**

**MD DC VA FL PA**

(C) 919-441-1848| (E) morgane@legacyfortitle.com
www.legacyfortitle.com
2936 O'Donnell Street Baltimore, MD 21224 | (Fax) 410 801-6543

8659 National Pike, Suite P Ellicott City, MD 21043

1910 Towne Centre Blvd Suite 250 Annapolis MD 21401

2000 Pennsylvania Ave NW, Washington, DC 20006

7315 Wisconsin Ave #400W Bethesda, MD 20814

201 N. Union St. Suite 110 Alexandria, VA 22314

1549 Ringling Blvd, suite 510 Sarasota, FL 34236

2054 Vista Pkwy, suite 400 West Palm Beach, FL 33411

facebook.com/mrk7890

Instagram.com/mrklarei

**FRAUD ALERT! We will NEVER change our wire instructions via email. Do NOT send funds by wire if you receive an email requesting a change. Always verify our instructions by telephone if you have any doubts.**

## *Attention Buyers and Borrowers*

**Recent changes to government regulations covering the financial industry as well as underwriting guidelines now instruct title companies to require all funds received from buyers in purchase transactions and borrowers in refinance transactions to submit funds by electronic bank wire. Thus, we are forbidden and no longer able to accept checks prior to, or at closing for amounts exceeding $500.00. We appreciate your cooperation and adherence to these new industry guidelines. Please be sure to wire funds using our wiring instructions provided to you.**

FRAUD ALERT: Email hacking and fraud are on the rise to fraudulently misdirect funds. If you receive an email, or any other communication that appears to be generated by our office, containing new, revised, or altered bank wire instructions, consider it suspect and call our office at a number you trust to verify the information. Our bank wire instructions seldom change. It is a priority for us to assist in protecting EVERYONE involved in the transaction from fraudulent activity.

The information contained in this e-mail message may be ATTORNEY PRIVILEGED, CONFIDENTIAL and strictly PRIVATE INFORMATION intended ONLY for the use of the individual or entity named herein. If you are not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone at 919-441-1848.

**From:** Tammy Economes <tammy@turnkeysettlements.com>
**Date:** Thursday, October 27, 2022 at 9:54 AM
**To:** Morgane Barry <morgane@legacyfortitle.com>, Inez Su <Inez@legacyfortitle.com>
**Cc:** Catherine Arnaud-Charbonneau <catherine.charbonneau@compass.com>
**Subject:** RE: Concerning 333 8th st NE transaction

Thank you!

Thank you,

**Tammy Economes**




We now accept EMD Deposits using your mobile phone via BANK SHOT. Give It A Shot! Use Company Code 6861033

App Store Google Play

**PLEASE NOTE: IN ORDER FOR SAME DAY FUNDING FOR A SETTLEMENT, WE REQUIRE THAT THE BUYER'S FUNDS BE WIRED PRIOR TO CLOSING.**

TURNKEY TITLE, LLC

1641 State Route 3 N, Suite 202, Crofton, MD 21114

Tel: 410-721-6269 | Fax: 443-558-7750

Tammy@turnkeysettlements.com

www.TurnKeySettlements.com

**WARNING – FRAUDULENT FUNDING INSTRUCTIONS**

**Email hacking and fraud are on the rise to fraudulently misdirect funds. Please call your escrow officer immediately using contact information found from an independent source, such as the sales contract or internet, to verify any funding instructions received. We are not responsible for any wires sent by you to an incorrect bank account.**

---

**From:** Morgane Barry <morgane@legacyfortitle.com>
**Sent:** Thursday, October 27, 2022 9:39 AM
**To:** Tammy Economes <tammy@turnkeysettlements.com>; Inez Su <Inez@legacyfortitle.com>
**Cc:** Catherine Arnaud-Charbonneau <catherine.charbonneau@compass.com>
**Subject:** Re: Concerning 333 8th st NE transaction

I will be getting over the sellers banking information for a wire shortly as well I didn't see a form provided in your documents for it.

**Morgane Barry**
**Licensed Title Agent, Legacy Settlement Services**

**University of Baltimore Law '26**

**MD DC VA FL PA**

(C) 919-441-1848| (E) morgane@legacyfortitle.com

www.legacyfortitle.com

2936 O'Donnell Street Baltimore, MD 21224 | (Fax) 410 801-6543

8659 National Pike, Suite P Ellicott City, MD 21043

1910 Towne Centre Blvd Suite 250 Annapolis MD 21401

2000 Pennsylvania Ave NW, Washington, DC 20006

7315 Wisconsin Ave #400W Bethesda, MD 20814

201 N. Union St. Suite 110 Alexandria, VA 22314

1549 Ringling Blvd, suite 510 Sarasota, FL 34236

2054 Vista Pkwy, suite 400 West Palm Beach, FL 33411

facebook.com/mrk7890

Instagram.com/mrklarei

**FRAUD ALERT!We will NEVER change our wire instructions via email. Do NOT send funds by wire if you receive an email requesting a change. Always verify our instructions by telephone if you have any doubts.**

***Attention Buyers and Borrowers***

**Recent changes to government regulations covering the financial industry as well as underwriting guidelines now instruct title companies to require all funds received from buyers in purchase transactions and borrowers in refinance transactions to submit funds by electronic bank wire. Thus, we are forbidden and no longer able to accept checks prior to, or at closing for amounts exceeding $500.00. We appreciate your cooperation and adherence to these new industry guidelines. Please be sure to wire funds using our wiring instructions provided to you.**

FRAUD ALERT: Email hacking and fraud are on the rise to fraudulently misdirect funds. If you receive an email, or any other communication that appears to be generated by our office, containing new, revised, or altered bank wire instructions, consider it suspect and call our office at a number you trust to verify the information. Our bank wire instructions seldom change. It is a priority for us to assist in protecting EVERYONE involved in the transaction from fraudulent activity.