EXHIBIT B

Morgan Stanley

# Incoming Wire Transfer Instructions (US Dollar only)

Please direct all incoming US Dollar denominated wires used to fund Morgan Stanley accounts through Citibank with the following bank routing instructions:

| | |
|---|---|
| **Bank** | Citibank, New York |
| **ABA** | [redacted] |
| **Swift (International Wires Only)*** | CITIUS33 |
| **Bank Account Name** | Morgan Stanley |
| **Bank Account Number for:**<br>**Individual Retirement Accounts (IRA)**<br>**Active Assets Accounts (AAA)**<br>**Basic Securities Accounts (BSA)***<br>*(See bank account information below for commodity accounts.)* | [redacted]<br>MSL FBO J. MICHAEL HANNON JR<br>[redacted] |
| **For Further Credit to** | Your Name and Morgan Stanley Account Number |

***Note:** For Commodity Segregated Accounts, please use Bank Account Number 40611164 and for Commodity Nonsegregated Accounts, please use Bank Account Number 30512859.

**Attention:** Please send only US Dollar denominated wires to Morgan Stanley using the Citibank incoming wire instructions provided above. Foreign Currency wires cannot be processed using these instructions. Any Foreign Currency wires using these instructions will be returned to the remitter causing processing delays and possible fees from Citibank and/or the remitting bank. If you wish to wire Foreign Currency wires into your Morgan Stanley account please contact your Financial Advisor.

In addition, if your funding bank requests the address for Citibank and/or Morgan Stanley, please provide the address below:

**Citibank**
388 Greenwich Street
New York, NY 10013

**Morgan Stanley**
1300 Thames St.
Baltimore, MD 21231

**ADDITIONAL HELP AND SUPPORT**
If you have any additional questions or need assistance, please call the Client Service Center at **1-888-454-3965** (24 hours a day, 7 days a week). If you are outside of the United States, you can call collect at **1-801-617-9150.**

© 2021 Morgan Stanley Smith Barney LLC. Member SIPC.