EXHIBIT
C

**Lisa Vinson**

**From:** Capital Bank Wire Notification <operations@capitalbankmd.com>
**Sent:** Thursday, October 27, 2022 4:43 PM
**To:** Lisa Vinson
**Subject:** Outgoing Wire Notification

WIRE OPERATIONS ADVICE OF DEBIT
On Oct 27, 2022, we debited your account [redacted] for USD
584,293.62.

DETAILS OF PAYMENT
Payment Date and Time: 27-Oct-2022 15:41:54 CT
Paid Amount: USD
584,293.62
Method of Payment: FED Payment
Transaction Sequence Number: 508782
IMAD(Cycle Date/LTERM/IMSN): 20221027/GMQFMP01/027728
OMAD(Cycle Date/LTERM/OMSN): 20221027/I1B7033R/02249010271642FT03
Reference: [redacted]

Paid To:
248
WELLS FARGO BANK, NA
SAN FRANCISCO CA

Beneficiary:
[redacted]
Morgan Stanley
Baltimore, MD 21231

Debited To:
[redacted]
TURNKEY TITLE LLC
1641 STATE ROUTE 3 N STE 202
CROFTON MD 21114-2464

Originator to Beneficiary Info:
Further Credit To
MSB SADL 333 8TH ST LLC
[redacted]

------------------------------------------------------
This communication is intended only for the person or entity to which it is addressed and may contain confidential, proprietary, and/or privileged material. Unless you are the intended addressee, any review, reliance, dissemination, distribution, copying or use whatsoever of this communication is strictly prohibited. If you received this in error, please reply immediately and delete the material from all computers.