EXHIBIT
D

**Tammy Economes**

**From:** Morgane Barry <morgane_legacyfortitle@exfec.com>
**Sent:** Friday, October 28, 2022 2:24 AM
**To:** Tammy Economes
**Subject:** Re: Concerning 333 8th st NE transaction
**Attachments:** Incoming Instructions to MSB.pdf

Please see attached for the company ☺

Thanks!

Best,



**Morgane Barry**
**Licensed Title Agent, Legacy Settlement Services**
**University of Baltimore Law '26**
**MD DC VA FL PA**

(E) morgane@legacyfortitle.com
www.legacyfortitle.com
2936 O'Donnell Street Baltimore, MD 21224 | (Fax) 410 801-6543
8659 National Pike, Suite P Ellicott City, MD 21043
1910 Towne Centre Blvd Suite 250 Annapolis MD 21401
2000 Pennsylvania Ave NW, Washington, DC 20006
7315 Wisconsin Ave #400W Bethesda, MD 20814
201 N. Union St. Suite 110 Alexandria, VA 22314
1549 Ringling Blvd, suite 510 Sarasota, FL 34236
2054 Vista Pkwy, suite 400 West Palm Beach, FL 33411
facebook.com/mrk7890
Instagram.com/mrklarei

## *Attention Buyers and Borrowers*

**Recent changes to government regulations covering the financial industry as well as underwriting guidelines now instruct title companies to require all funds received from buyers in purchase transactions and borrowers in refinance transactions to submit funds by electronic bank wire. Thus, we are forbidden and no longer able to accept checks prior to, or at closing for amounts exceeding $500.00. We appreciate your cooperation and adherence to these new industry guidelines. Please be sure to wire funds using our wiring instructions provided to you.**

The information contained in this e-mail message may be ATTORNEY PRIVILEGED, CONFIDENTIAL and strictly PRIVATE INFORMATION intended ONLY for the use of the individual or entity named herein. If you are not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone at 919-441-1848.

On Thu, Oct 27, 2022 at 12:33 PM Tammy Economes <tammy@turnkeysettlements.com> wrote:

> Sorry we are not able to send the wire. The wire instructions are not for the company. We need the wire instructions for the company and not the member.

**Morgan Stanley**

# Incoming Wire Transfer Instructions (US Dollar only)

## Please direct all incoming US Dollar denominated wires used to fund Morgan Stanley accounts through Wells Fargo with the following bank routing instructions:

| | |
|---|---|
| **Bank** | Wells Fargo Bank |
| **ABA** | [redacted] |
| **Swift (International Wires Only)*** | WFBIUS6S |
| **Bank Account Name** | Morgan Stanley III |
| **Bank Account Number for:**<br>**Individual Retirement Accounts (IRA)**<br>**Active Assets Accounts (AAA)**<br>**Basic Securities Accounts (BSA)***<br>*(See bank account information below for commodity accounts)* | [redacted] |
| **Reference** | MSB SADL 333 8TH ST LLC [redacted] |

***Note:** For Commodity Segregated Accounts, please use Bank Account Number 40611164 and for Commodity Nonsegregated Accounts, please use Bank Account Number 30512859.

**Attention:** Please send only US Dollar denominated wires to Morgan Stanley using the Wells Fargo incoming wire instructions provided above. Foreign Currency wires cannot be processed using these instructions. Any Foreign Currency wires using these instructions will be returned to the remitter causing processing delays and possible fees from Wells Fargo and/or the remitting bank. If you wish to wire Foreign Currency wires into your Morgan Stanley account please contact your Financial Advisor.

In addition, if your funding bank requests the address for Wells Fargo and/or Morgan Stanley, please provide the address below:

**Wells Fargo**
420 Montgomery Street,
San Francisco, CA 94104

**Morgan Stanley**
1300 Thames St.
Baltimore, MD 21231

**ADDITIONAL HELP AND SUPPORT**
If you have any additional questions or need assistance, please call the Client Service Center at **1-888-454-3965** (24 hours a day, 7 days a week). If you are outside of the United States, you can call collect at **1-801-617-9150.**

© 2021 Morgan Stanley Smith Barney LLC. Member SIPC.

**Tammy Economes**

**From:** Tammy Economes
**Sent:** Thursday, October 27, 2022 3:33 PM
**To:** Morgane Barry
**Subject:** RE: Concerning 333 8th st NE transaction

Sorry we are not able to send the wire. The wire instructions are not for the company. We need the wire instructions for the company and not the member.

Thank you,
**Tammy Economes**




We now accept EMD Deposits using your mobile phone via

BANK SHOT. Give It A Shot! Use Company Code 6861033

App Store Google Play

**PLEASE NOTE: IN ORDER FOR SAME DAY FUNDING FOR A SETTLEMENT, WE REQUIRE THAT THE BUYER'S FUNDS BE WIRED PRIOR TO CLOSING.**

TurnKey Title, LLC

1641 State Route 3 N, Suite 202, Crofton, MD 21114
Tel: 410-721-6269 | Fax: 443-558-7750
Tammy@turnkeysettlements.com
www.TurnKeySettlements.com

**WARNING – FRAUDULENT FUNDING INSTRUCTIONS**
**Email hacking and fraud are on the rise to fraudulently misdirect funds. Please call your escrow officer immediately using contact information found from an independent source, such as the sales contract or internet, to verify any funding instructions received. We are not responsible for any wires sent by you to an incorrect bank account.**

**Tammy Economes**

**From:** Morgane Barry <morgane_legacyfortitle@exfec.com>
**Sent:** Thursday, October 27, 2022 11:45 PM
**To:** Tammy Economes
**Subject:** RE: Concerning 333 8th st NE transaction
**Attachments:** Incoming Wire Instructions to Morgan Stanley.pdf

Here are his wiring instructions

Please send over the signed seller docs when scanned and the signed combined HUD when executed.

Thanks!

Best,

LEGACY



**Morgane Barry**
**Licensed Title Agent, Legacy Settlement Services**
**University of Baltimore Law '26**
**MD DC VA FL PA**

(E) morgane@legacyfortitle.com
www.legacyfortitle.com
2936 O'Donnell Street Baltimore, MD 21224 | (Fax) 410 801-6543
8659 National Pike, Suite P Ellicott City, MD 21043
1910 Towne Centre Blvd Suite 250 Annapolis MD 21401
2000 Pennsylvania Ave NW, Washington, DC 20006
7315 Wisconsin Ave #400W Bethesda, MD 20814
201 N. Union St. Suite 110 Alexandria, VA 22314
1549 Ringling Blvd, suite 510 Sarasota, FL 34236
2054 Vista Pkwy, suite 400 West Palm Beach, FL 33411
facebook.com/mrk7890
Instagram.com/mrklarei

## *Attention Buyers and Borrowers*

**Recent changes to government regulations covering the financial industry as well as underwriting guidelines now instruct title companies to require all funds received from buyers in purchase transactions and borrowers in refinance transactions to submit funds by electronic bank wire. Thus, we are forbidden and no longer able to accept checks prior to, or at closing for amounts exceeding $500.00. We appreciate your cooperation and adherence to these new industry guidelines. Please be sure to wire funds using our wiring instructions provided to you.**

FRAUD ALERT: Email hacking and fraud are on the rise to fraudulently misdirect funds. If you receive an email, or any other communication that appears to be generated by our office, containing new, revised, or altered bank wire instructions, consider it suspect and call our office at a number you trust to verify the information. Our bank wire instructions seldom change. It is a priority for us to assist in protecting EVERYONE involved in the transaction from fraudulent activity.

The information contained in this e-mail message may be ATTORNEY PRIVILEGED, CONFIDENTIAL and strictly PRIVATE INFORMATION intended ONLY for the use of the individual or entity named herein. If you are not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone at 919-441-1848.

---

**From:** Tammy Economes <tammy@turnkeysettlements.com>
**Date:** Thursday, October 27, 2022 at 9:54 AM
**To:** Morgane Barry <morgane@legacyfortitle.com>, Inez Su <Inez@legacyfortitle.com>
**Cc:** Catherine Arnaud-Charbonneau <catherine.charbonneau@compass.com>
**Subject:** RE: Concerning 333 8th st NE transaction
Thank you!

Thank you,
**Tammy Economes**




We now accept EMD Deposits using your mobile phone

via BANK SHOT. Give It A Shot! Use Company Code 6861033

App Store   Google Play

**PLEASE NOTE: IN ORDER FOR SAME DAY FUNDING FOR A SETTLEMENT, WE REQUIRE THAT THE BUYER'S FUNDS BE WIRED PRIOR TO CLOSING.**

TurnKey Title, LLC

1641 State Route 3 N, Suite 202, Crofton, MD 21114
Tel: 410-721-6269 | Fax: 443-558-7750
Tammy@turnkeysettlements.com
www.TurnKeySettlements.com

**WARNING – FRAUDULENT FUNDING INSTRUCTIONS**
**Email hacking and fraud are on the rise to fraudulently misdirect funds. Please call your escrow officer immediately using contact information found from an independent source, such as the sales contract or internet, to verify any funding instructions received. We are not responsible for any wires sent by you to an incorrect bank account.**

**From:** Morgane Barry <morgane@legacyfortitle.com>
**Sent:** Thursday, October 27, 2022 9:39 AM
**To:** Tammy Economes <tammy@turnkeysettlements.com>; Inez Su <Inez@legacyfortitle.com>
**Cc:** Catherine Arnaud-Charbonneau <catherine.charbonneau@compass.com>
**Subject:** Re: Concerning 333 8th st NE transaction

I will be getting over the sellers banking information for a wire shortly as well I didn't see a form provided in your documents for it.

**Morgane Barry**
**Licensed Title Agent, Legacy Settlement Services**
**University of Baltimore Law '26**
**MD DC VA FL PA**

(C) 919-441-1848| (E) morgane@legacyfortitle.com

www.legacyfortitle.com

2936 O'Donnell Street Baltimore, MD 21224 | (Fax) 410 801-6543
8659 National Pike, Suite P Ellicott City, MD 21043
1910 Towne Centre Blvd Suite 250 Annapolis MD 21401
2000 Pennsylvania Ave NW, Washington, DC 20006
7315 Wisconsin Ave #400W Bethesda, MD 20814
201 N. Union St. Suite 110 Alexandria, VA 22314
1549 Ringling Blvd, suite 510 Sarasota, FL 34236
2054 Vista Pkwy, suite 400 West Palm Beach, FL 33411
facebook.com/mrk7890
Instagram.com/mrklarei

**FRAUD ALERT!We will NEVER change our wire instructions via email. Do NOT send funds by wire if you receive an email requesting a change. Always verify our instructions by telephone if you have any doubts.**

## *Attention Buyers and Borrowers*

**Recent changes to government regulations covering the financial industry as well as underwriting guidelines now instruct title companies to require all funds received from buyers in purchase transactions and borrowers in refinance transactions to submit funds by electronic bank wire. Thus, we are forbidden and no longer able to accept checks prior to, or at closing for amounts exceeding $500.00. We appreciate your cooperation and adherence to these new industry guidelines. Please be sure to wire funds using our wiring instructions provided to you.**

FRAUD ALERT: Email hacking and fraud are on the rise to fraudulently misdirect funds. If you receive an email, or any other communication that appears to be generated by our office, containing new, revised, or altered bank wire instructions, consider it suspect and call our office at a number you trust to verify the information. Our bank wire

instructions seldom change. It is a priority for us to assist in protecting EVERYONE involved in the transaction from fraudulent activity.

The information contained in this e-mail message may be ATTORNEY PRIVILEGED, CONFIDENTIAL and strictly PRIVATE INFORMATION intended ONLY for the use of the individual or entity named herein. If you are not the intended recipient or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify the sender by telephone at 919-441-1848.

Morgan Stanley

# Incoming Wire Transfer Instructions (US Dollar only)

**Please direct all incoming US Dollar denominated wires used to fund Morgan Stanley accounts through Wells Fargo with the following bank routing instructions:**

| | |
|---|---|
| **Bank** | Wells Fargo Bank |
| **ABA** | [redacted] |
| **Swift (International Wires Only)*** | WFBIUS6S |
| **Bank Account Name** | Morgan Stanley III |
| **Bank Account Number for:**<br>**Individual Retirement Accounts (IRA)**<br>**Active Assets Accounts (AAA)**<br>**Basic Securities Accounts (BSA)***<br>(See *bank account information below* for *commodity accounts)* | [redacted] |
| **Reference** | MSL SADL J M HANNON [redacted] |

***Note:** For Commodity Segregated Accounts, please use Bank Account Number 40611164 and for Commodity Nonsegregated Accounts, please use Bank Account Number 30512859.

**Attention:** Please send only US Dollar denominated wires to Morgan Stanley using the Wells Fargo incoming wire instructions provided above. Foreign Currency wires cannot be processed using these instructions. Any Foreign Currency wires using these instructions will be returned to the remitter causing processing delays and possible fees from Wells Fargo and/or the remitting bank. If you wish to wire Foreign Currency wires into your Morgan Stanley account please contact your Financial Advisor.

In addition, if your funding bank requests the address for Wells Fargo and/or Morgan Stanley, please provide the address below:

**Wells Fargo**
420 Montgomery Street,
San Francisco, CA 94104

**Morgan Stanley**
1300 Thames St.
Baltimore, MD 21231

ADDITIONAL HELP AND SUPPORT
If you have any additional questions or need assistance, please call the Client Service Center at **1-888-454-3965** (24 hours a day, 7 days a week). If you are outside of the United States, you can call collect at **1-801-617-9150.**

© 2021 Morgan Stanley Smith Barney LLC. Member SIPC.