EXHIBIT
E-1

Morgan Stanley

# Incoming Wire Transfer Instructions (US Dollar only)

**Please direct all incoming US Dollar denominated wires used to fund Morgan Stanley accounts through Wells Fargo with the following bank routing instructions:**

| | |
|---|---|
| Bank | Wells Fargo Bank |
| ABA | [redacted] |
| Swift (International Wires Only)* | WFBIUS6S |
| Bank Account Name | Morgan Stanley III |
| Bank Account Number for:<br>Individual Retirement Accounts (IRA)<br>Active Assets Accounts (AAA)<br>Basic Securities Accounts (BSA)*<br>*(See bank account information below for commodity accounts)* | [redacted] |
| Reference | MSL SADL J M HANNON [redacted] |

*Note: For Commodity Segregated Accounts, please use Bank Account Number 40611164 and for Commodity Nonsegregated Accounts, please use Bank Account Number 30512859.

**Attention:** Please send only US Dollar denominated wires to Morgan Stanley using the Wells Fargo incoming wire instructions provided above. Foreign Currency wires cannot be processed using these instructions. Any Foreign Currency wires using these instructions will be returned to the remitter causing processing delays and possible fees from Wells Fargo and/or the remitting bank. If you wish to wire Foreign Currency wires into your Morgan Stanley account please contact your Financial Advisor.

In addition, if your funding bank requests the address for Wells Fargo and/or Morgan Stanley, please prov'de the address below:

| Wells Fargo | Morgan Stanley |
|---|---|
| 420 Montgomery Street, | 1300 Thames St |
| San Francisco, CA 94104 | Baltimore, MD 21231 |

ADDITIONAL HELP AND SUPPORT

If you have any additional questions or need assistance, please call the Client Service Center at 1-888-454-3965 (24 hours a day, 7 days a week). If you are outside of the United States, you can call collect at 1-801-617-9150.

© 2021 Morgan Stanley Smith Barney LLC. Member SIPC.