EXHIBIT

F

## Description of Incident

Provide a description of the incident and how you were victimized. Provide information not captured elsewhere in this complaint form.

We conducted a settlement on the sale of a property in DC on 10/27/22. At 9:39am the seller's title company, Legacy Settlement Services, emailed our processor stating that they would be sending the seller's bank information shortly. At 11:45am we received the wiring instructions from them, after reviewing them we stated that we could not use these instructions because it was in the name of the individual person and not the LLC the property was titled to. A while later we received new wiring instructions in the name of the LLC. Shortly after the seller called to confirm we received the new wiring instructions and we verified them on the phone.

On the evening of 11/02/22 the seller's title company reach out to us because the seller had not received his funds. We forwarded the wire confirmation and they stated that this was not the wire instructions they provided. After further investigation the wire instructions we received was an email from a fake but, close email address to the seller's title company.

Which of the following were used in this incident? (Check all that apply.)

☑ Spoofed Email
☐ Similar Domain
☑ Email Intrusion
☐ Other Please specify: